1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  HON LAU,
11              Plaintiff,                   No. CIV S-09-3481 KJM P
12  vs.
13  MATTHEW CATE, et al.,
14              Defendants.                  <u>ORDER</u>
15  _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996
18  amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
19  forma pauperis.
20          The federal venue statute requires that a civil action, other than one based on
21  diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if
22  all defendants reside in the same State, (2) a judicial district in which a substantial part of the
23  events or omissions giving rise to the claim occurred, or a substantial part of property that is the
24  subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
25  there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
26  ///

1   In this case, none of the defendants resides in this district.  According to
2 plaintiff's allegations, the claim appears to have arisen after he was transferred from Corcoran
3 State Prison to the R.J. Donovan Correctional Facility in San Diego, California.  San Diego is in
4 the Southern District of California.  Therefore, plaintiff's claim should have been filed in the
5 United States District Court for the Southern District of California.  In the interest of justice, a
6 federal court may transfer a complaint filed in the wrong district to the correct district.  See 28
7 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
8   Accordingly, IT IS HEREBY ORDERED that:
9   1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
10 and
11   2. This matter is transferred to the United States District Court for the Southern
12 District of California.
13 DATED: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE

16 4
lau3481.21